**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

RAHEEM DASHEEN JACKSON,

       Movant,

       v.

UNITED STATES OF AMERICA,

       Respondent.

CASE NO.: 4:21-cr-194

## <u>O R D E R</u>

Movant Raheem Jackson ("Jackson") has filed a 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence.  Doc. 129.  The Clerk of Court entered a staff note on the same date Jackson's Motion was filed, stating the envelope suggests delivery by December 5, 2024, but the United States Postal Service did not deliver the envelope to the Court until December 23, 2024.  Additionally, the note states the filing seems to be missing pages, the envelope looks to have burst open in transit, and the Postal Service repackaged the contents into a random, out-of-order sequence in two clear envelopes.  Staff note dated Dec. 23, 2024.

Indeed, upon the Court's initial review, it is unclear on what grounds Jackson wishes to attack his conviction and sentence.  It appears Jackson has included filings made with the Eleventh Circuit Court of Appeals.  To this end, the Court **ORDERS** Jackson to submit an Amended § 2255 Motion within 14 days of this Order.  Jackson is to fill out the attached blank 28 U.S.C. § 2255 form, and **Jackson shall not to attach more than 15 additional pages to this form**.  Jackson is to provide the information this form requires and clearly set forth the grounds he wishes to set forth in his Amended Motion.  The Court forewarns Jackson his failure to

comply with this Order in a timely manner will result in the dismissal of his § 2255 Motion. The Court **DIRECTS** the Clerk of Court to provide a blank § 2255 form to Jackson, along with this Order.

**SO ORDERED**, this 21st day of January, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA